UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Bradly Allen McHorse,

    Plaintiff,

v.                Civil No. 14-3166 (JNE/LIB)
                  ORDER

Lucinda Jesson,

    Defendant.

  In a Report and Recommendation dated August 25, 2014, the Honorable Leo I. Brisbois, United States Magistrate Judge, recommended that this action be summarily dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) (2012). No objection to the Report and Recommendation has been filed. Based on a de novo review of the record, the Court accepts the recommendation to dismiss the action. *See* D. Minn. LR 72.2(b). The Court dismisses the action without prejudice. *See Carter v. Bickhaus*, 142 F. App'x 937, 938 (8th Cir. 2005) (per curiam); *Schafer v. Moore*, 46 F.3d 43, 45 (8th Cir. 1995) (per curiam). Accordingly, IT IS ORDERED THAT:

  1.  This action is DISMISSED WITHOUT PREJUDICE.

  LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: September 19, 2014

                  s/Joan N. Ericksen
                  JOAN N. ERICKSEN
                  United States District Judge